# United States Court of Appeals for the Federal Circuit

---

July 29, 2013

**ERRATA**

---

Appeal Nos. 2012-1063, -1064

**ALEXSAM, INC.,**
*Plaintiff-Cross Appellant,*

**v.**

**IDT CORPORATION,**
*Defendant-Appellant,*

Decided:  May 20, 2013
Precedential Opinion

---

Please make the following changes:

Page 9, line 18, change "Alexsam's" to --IDT's--.

Page 10, line 4, change "Alexsam's" to --IDT's--.